IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY LEE,<br><br>              Plaintiff,<br><br>   v.<br><br>METLIFE HOME LOANS, a Division of MetLife Bank N.A., FIRST AMERICAN TITLE; MERS, INC.; JP MORGAN CHASE BANK, N.A.,<br><br>              Defendants. | CASE NO. 2:24-cv-01081<br><br>**AGREED ORDER OF NON-PARTICIPATION AS TO DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY**<br><br>[Clerk's Action Required] |

This matter having come on before the undersigned Judge of the above-entitled Court upon the stipulation of the parties hereto, and the Court being fully advised in the premises, it is now, therefore,

**ORDERED, ADJUDGED and DECREED** that:

1) Plaintiff holds an interest in a parcel of vacant land legally described as follows ("Property"):

LOT "C" OF KING COUNTY BOUNDARY LINE ADJUSTMENT NO L10L0058, RECORDED UNDER RECORDING NO. 20110520900007, RECORDS OF KING COUNTY, WASHINGTON, BEING A PORTION OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER

AGREED ORDER OF NON-PARTICIPATION AS TO DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY -1

CASE NO. 2:24-cv-01081
4880-8520-2899, v. 3.1

LAGERLOF LLP
701 FIFTH AVE., SUITE 4200
SEATTLE, WA 98104
PHONE: 206-492-2300

OF SECTION 27, TOWNSHIP 24 NORTH, RANGE 7 EAST, W.M., AND A PORTION OF TRACT 42 OF THE UNRECORDED PLAT OF SUNSET HIGHWAY RIVER FRONT TRACTS IN THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 22, TOWNSHIP 24 NORTH, RANGE 7 EAST, W.M., IN KING COUNTY, WASHINGTON.

TOGETHER WITH AN EASEMENT FOR INGRESS AND EGRESS AS GRANTED UNDER RECORDING NOS. 20090526000437 AND 20090526000439 AND EASEMENT FOR INGRESS AND EGRESS DELINEATED ON KING COUNTY BOUNDARY LINE ADJUSTMENT NO. L10L0058, RECORDED UNDER RECORDING NO. 20110520900007, RECORDS OF KING COUNTY, WASHINGTON.

Tax Parcel No.: 272407-9005-00

2) Defendant First American is named as the trustee of the deed of trust recorded on October 27, 2010, in the Official Records of the King County Recorder under Recording No. 20101027000665 (the "DOT").

3) Plaintiff brought this declaratory relief action against First American, seeking in part, an order partially reconveying the portion of the Property currently encumbered by the DOT.

4) First American agreed to take any action required of it as ordered by this Court to execute and record documentation to partially reconvey the DOT in order to clear title to the Property.

5) This Order will only be effective upon the entry of a judgment that sets forth the requirements First American is obligated to satisfy to partially reconvey the DOT in order to clear title to the Property. If there is no judgment setting forth the same, this Stipulation will have no legal or equitable effect;

6) First American shall be dismissed from further participation in this action; and,

AGREED ORDER OF NON-PARTICIPATION AS
TO DEFENDANT FIRST AMERICAN TITLE
INSURANCE COMPANY -2

CASE NO. 2:24-cv-01081
4880-8520-2899, v. 3.1

LAGERLOF LLP
701 FIFTH AVE., SUITE 4200
SEATTLE, WA 98104
PHONE: 206-492-2300

7) No award of fees or costs shall be entered in favor of or against First American.

// IT IS SO ORDERED //

Dated this 22nd day of October 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented By:

**LAGERLOF LLP**

*s/ Justin T. Jastrzebski*
*s/ Robert A. Bailey*
Justin T. Jastrzebski, WSBA No. 46680
Robert A. Bailey, WSBA No. 28472
701 Fifth Ave., Suite 4200
Seattle, WA 98104
Email: jjastrzebski@lagerlof.com
Email: rbailey@lagerlof.com
*Attorneys for First American Title Insurance Company*

Stipulated to:

*/ s/ Wendy Lee (with email authorization 7/26/24)*
Wendy Lee, WSBA No. 33809
8721 114th Ave. NE, Unit B
Kirkland, WA 98033
*Plaintiff*

AGREED ORDER OF NON-PARTICIPATION AS
TO DEFENDANT FIRST AMERICAN TITLE
INSURANCE COMPANY -3

CASE NO. 2:24-cv-01081
4880-8520-2899, v. 3.1

LAGERLOF LLP
701 FIFTH AVE., SUITE 4200
SEATTLE, WA 98104
PHONE: 206-492-2300