The Honorable Jamal N Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WENDY LEE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>METLIFE HOME LOANS, a Division of MetLife Bank, N,A.; FIRST AMERICAN TITLE; MERS, INC.; JP MORGAN CHASE BANK, N.A.,,<br><br>　　　　　　　　　Defendants. | NO. 2:24-cv-1081-JNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the appearing parties Plaintiff Wendy Lee and Defendants First American Title, MERS, Inc. and JPMorgan Chase Bank, N.A. (collectively, "the Parties"), by and through their undersigned counsel, that this action, including all claims made therein by Plaintiff against each and every Defendant, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that dismissal shall be entered without an award of costs or fees to any party to this action against any other party to this action.

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
2:24-cv-1081-JNW


Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4914-7122-8423.2

1  **AGREED AND STIPULATED TO** this 7th day of January. 2025.

2  PRO SE PLAINTIFF                                RYAN, SWANSON & CLEVELAND,
3                                                  PLLC

4  *s/B. Pierce for W. Lee w/email approval on 1/6/25*    *s/Britenae Pierce*
   Wendy Lee                                       Britenae Pierce, WSBA No. 34032
5  8721 114th Avenue NE, Unit B                    401 Union Street, Suite 1500
   Kirkland, WA 98033                              Seattle, WA 98101
6  Telephone: (425) 241-5459                       Telephone: (206) 464-4224
   wendylee3693@gmail.com                          pierce@ryanlaw.com
7  *Pro Se Plaintiff*                              *Co-Counsel for Defendants MERS, Inc. and*
8                                                  *JPMorgan Chase Bank, N.A.*

9  LAGERLOF LLP                                    PERKINS COIE LLP

10

11 *s/B. Pierce for R. Bailey w/email approval on 1/7/25*   *s/B. Pierce for E. Haynie w/email approval on 1/6/25*
   Justin T Jastrzebski, WSBA No. 46680            Erick J. Haynie, WSBA No. 37128
12 Robert A. Bailey, WSBA No. 28472                1120 N.W. Couch Street, Tenth Floor
   701 Fifth Avenue, Suite 4200                    Portland, OR 97209
13 Seattle, WA 98104                               Telephone: (206) 359-8888
   Telephone: (206) 492-2300                       EHaynie@perkinscoie.com
14 jjastrzebski@lagerlof.com                       *Co-Counsel for Defendants MERS, Inc. and*
   rbailey@lagerlof.com                            *JPMorgan Chase Bank, N.A.*
15 *Counsel for Defendant First American Title*

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
2:24-cv-1081-JNW



4914-7122-8423.2

**ORDER**

THIS MATTER, having come on regularly before the Court, and the Court having reviewed the stipulation of the Parties, and the records and files herein, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the above-entitled action and all of Plaintiff's claims therein are hereby dismissed with prejudice and without an award of costs or fees to any party to this action against any other party to this action.

IT IS SO ORDERED this 8th day of January, 2025.

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 3
2:24-cv-1081-JNW

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4914-7122-8423.2

Presented By:

| | |
|---|---|
| PRO SE PLAINTIFF | RYAN, SWANSON & CLEVELAND, PLLC |
| *s/B. Pierce for W. Lee w/email approval on 1/6/25*<br>Wendy Lee<br>8721 114th Avenue NE, Unit B<br>Kirkland, WA 98033<br>Telephone: (425) 241-5459<br>wendylee3693@gmail.com<br>*Pro Se Plaintiff* | *s/Britenae Pierce*<br>Britenae Pierce, WSBA No. 34032<br>401 Union Street, Suite 1500<br>Seattle, WA 98101<br>Telephone: (206) 464-4224<br>pierce@ryanlaw.com<br>*Co-Counsel for Defendants MERS, Inc. and JPMorgan Chase Bank, N.A.* |
| LAGERLOF LLP | PERKINS COIE LLP |
| *s/B. Pierce for R. Bailey w/email approval on 1/7/25*<br>Justin T Jastrzebski, WSBA No. 46680<br>Robert A. Bailey, WSBA No. 28472<br>701 Fifth Avenue, Suite 4200<br>Seattle, WA 98104<br>Telephone: (206) 492-2300<br>jjastrzebski@lagerlof.com<br>rbailey@lagerlof.com<br>*Counsel for Defendant First American Title* | *s/B. Pierce for E. Haynie w/email approval on 1/6/25*<br>Erick J. Haynie, WSBA No. 37128<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, OR 97209<br>Telephone: (206) 359-8888<br>EHaynie@perkinscoie.com<br>*Co-Counsel for Defendants MERS, Inc. and JPMorgan Chase Bank, N.A.* |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 4
2:24-cv-1081-JNW

4914-7122-8423.2



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 8th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I FURTHER HEREBY CERTIFY, that on the 8th day of January, 2025, I caused the foregoing to be delivered to the following as indicated:

| *Pro Se Plaintiff*<br>Wendy Lee, WSBA #33809<br>8721 114th Ave NE, Unit B<br>Kirkland, WA 98033<br>Phone:425-241-5459<br>Email: wendylee3693@gmail.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☒ E-mail |
|---|---|

*s/Kimberly Paul*
Kimberly Paul, Legal Assistant
paul@ryanlaw.com

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 5
2:24-cv-1081-JNW

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4914-7122-8423.2